1

2

*E-FILED on   6/30/14*

3

IN THE UNITED STATES DISTRICT COURT

4

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

SAN JOSE DIVISION

6

7

8    ZL Technologies, Inc.,                      CASE NO. C-14-00545-RMW

9              Plaintiff,                         ORDER TO SHOW CAUSE WHY DEFAULT
                                                  SHOULD NOT BE ENTERED
10          v.

11   Andrew J. Cohen,

12             Defendant.

13          This matter came on regularly for a case management conference on June 27, 2014.

14   Defendant Andrew J. Cohen failed to appear or file any case management conference statement.

15   Plaintiff's counsel did appear and advised that defendant has been served but has failed to file a

16   response to the complaint.  Plaintiff plans to seek a default against defendant.  In light of defendant's

17   failure to file a case management conference statement and failure to appear,

18          IT IS HEREBY ORDERED that defendant Andrew J. Cohen appear on **August 1, 2014 at**

19   **9:00 a.m.** in courtroom 6 of this court and show cause WHY DEFAULT AND DEFAULT

20   JUDGMENT SHOULD NOT BE ENTERED AGAINST HIM for failure to appear at the case

21   management conference and for failure to file any case management statement.  IF DEFENDANT

22   FAILS TO SHOW GOOD REASON FOR ITS FAILURES, A DEFAULT AND DEFAULT

23   JUDGMENT WILL BE ENTERED AGAINST IT UPON APPLICATION BY PLAINTIFF.

24

25   DATED: 6/30/14

26                                               _Ronald M. Whyte_
                                                 _____
27                                               RONALD M. WHYTE
                                                 United States District Judge
28

                                                 1

1

2   Copy of order mailed on 6/30/14 to:

3   Andrew J. Cohen
    4100 Carnoustie Lane
4   Charlotte, NC 28210

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2